IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01761-LTB-BNB | Date: June 19, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| EDWARD VASQUEZ, | David Larson |
| Plaintiff(s), | |
| v. | |
| PHILLIPS & COHEN ASSOCIATES, LTD, a New Jersey corporation | Laura Hass |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   1:45 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's motion to compel the defendant's responses to the plaintiff's written discovery requests filed May 22, 2008; Doc. 20 is granted in part and denied in part as stated on the record. Supplemental discovery responses due on or before June 30, 2008.

**ORDERED:** Discovery cut off deadline is extended to September 19, 2008.
The dispositive motion deadline is extended to September 19, 2008.

**ORDERED:** A Settlement Conference is set for July 14, 2008 at 1:30 p.m.
Updated confidential settlement letters are due on or before July 7, 2008.

Court in Recess   2:57 p.m.   Hearing concluded.   Total time in court:   01:12

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.