IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01761-LTB-BNB

EDWARD VASQUEZ,

Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD., a New Jersey corporation,

Defendant.

## ORDER

This matter is before me on **Plaintiff's Motion to Compel the Defendant's Responses to the Plaintiff's Written Discovery Requests** [Doc. # 20, filed 5/22/2008] (the "Motion to Compel"). I held a hearing on the Motion to Compel yesterday and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record yesterday:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED with respect to Interrogatories 2, 3, 4, 6, 10, 13, 14, 15, 16, 17, 18, and 21;

GRANTED with respect to Interrogatories 5 and 7 insofar as they call for information during the period January 1, 2005, through August 21, 2007;

GRANTED with respect to Interrogatories 8 and 9 insofar as they call for information during the period May 1, 2007, through August 21, 2007;

GRANTED with respect to Interrogatory 19 insofar as it calls for information during the period January 1, 2005, to the present;

GRANTED with respect to Production Requests 3 and 6;

GRANTED with respect to Production Request 5 insofar as it calls for information concerning the collectors and supervisors involved in the collection of this debt;

DENIED with respect to Interrogatory 20 and Production Request 4; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the defendant shall provide supplemental discovery responses consistent with this order and the formalities of the Federal Rules of Civil Procedure on or before **June 30, 2008**.

IT IS FURTHER ORDERED that the discovery cut-off and the dispostive motion deadline are extended to and including **September 19, 2008**.

IT IS FURTHER ORDERED that a settlement conference is set for **July 14, 2008 at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives **with full authority to settle the case** must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit an updated confidential settlement statement to the magistrate judge on or before **July 7, 2008**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated June 20, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge